JOHN T. KEATING
Nevada Bar No. 6373
IAN C. ESTRADA
Nevada Bar No. 12575
K E A T I N G LAW GROUP
9130 West Russell Road, Suite 200
Las Vegas, NV  89148
(702) 228-6800 Phone
(702) 228-0443 Facsimile
Attorneys for Defendant/Crossdefendant
*PROGRESSIVE NORTHERN INSURANCE CO.*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| DENISE MEDINA,<br><br>　　Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY, MOISES MEDINA, DOES I-V, and ROE CORPORATIONS I-V, inclusive,<br><br>　　Defendants.<br>_____<br>MOISES MEDINA,<br><br>　　Crossclaimant,<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>　　Crossdefendant | Case No.:   2:15-CV-00835-KJD-PAL<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CROSS-DEFENDANT PROGRESSIVE TO ANSWER OR OTHERWISE RESPOND TO CROSS-CLAIMANT MOISES MEDINA'S CROSSCLAIMS AGAINST PROGRESSIVE<br>(First Request) |

　　Pursuant to Local Civil Rule 6-1, Cross-Defendant Progressive Northern Insurance Company ("Progressive"), and Cross-Claimant, Moises Medina, by and through their respective

1

counsel, hereby stipulated as follows:

WHEREAS, Moises Medina filed his Answer and Crossclaims Against Progressive (CM/ECF Doc. 12) on June 5, 2015;

WHEREAS, Progressive currently has until June 26, 2015 to answer or respond to Moises Medina's Crossclaims;

WHEREAS, Progressive has requested and Moises Medina has consented to an additional ten (10) days for Progressive to file an answer or otherwise respond to Moises Medina's Crossclaims;

WHEREAS, an additional 10 days for Progressive's answer or response to Moises Medina's Crossclaims will not alter the date of any event or deadline already fixed by Court order;

**IT IS HEREBY STIPULATED** by and between Progressive and Moises Medina, through their respective counsel that Progressive shall answer or otherwise respond to Moises Medina's Crossclaims by July 7, 2015.

DATED this 26th day of June, 2015             DATED this 26th day of June, 2015

K E A T I N G LAW GROUP                       **STEPHENS, GOURLEY & BYWATER, P.C.**


/s/ Ian C. Estrada                            /s/ David Stephens
JOHN T. KEATING                               DAVID STEPHENS, ESQ.
Nevada Bar No.: 6373                          Nevada Bar No.: 902
IAN C. ESTRADA                                3636 North Rancho Drive
Nevada Bar No.: 12575                         Las Vegas, Nevada  89130
9130 West Russell Road, Suite 200             *Attorney for Defendant/Crossclaimant*
Las Vegas, Nevada  89148                      *Moises Medina*
Attorneys for *Defendant/Cross-Defendant*
*Progressive Northern Insurance Co.*

## ORDER

**IT IS ORDERED** that Progressive Northern Insurance Company shall answer or otherwise respond to Moises Medina's Crossclaims by July 7, 2015.

Dated: July 2, 2015

_____
United States District Judge