JOHN T. KEATING
Nevada Bar No. 6373
IAN C. ESTRADA
Nevada Bar No. 12575
K E A T I N G LAW GROUP
9130 West Russell Road, Suite 200
Las Vegas, NV  89148
(702) 228-6800 Phone
(702) 228-0443 Facsimile
Attorneys for Defendant/Crossdefendant
*PROGRESSIVE NORTHERN INSURANCE CO.*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

DENISE MEDINA,

     Plaintiff,

vs.

PROGRESSIVE   NORTHERN   INSURANCE
COMPANY, MOISES MEDINA, DOES I-V, and
ROE CORPORATIONS I-V, inclusive,

     Defendants.

_____

MOISES MEDINA,

     Crossclaimant,

PROGRESSIVE NORTHERN INSURANCE
COMPANY,

     Crossdefendant

Case No.:   2:15-CV-00835-KJD-PAL

<u>STIPULATION AND ORDER TO EXTEND TIME
FOR FILING OF DISCOVERY PLAN AND
SCHEDULING ORDER</u>
(First Request)

     Pursuant to Local Civil Rule 6-2, the parties, by and through their respective counsel,
hereby stipulated as follows:

WHEREAS, Denise Medina filed her Complaint in the Eighth Judicial District Court, Case Number A-15-716299-C, on April 1, 2015;

WHEREAS Defendant Progressive Northern Insurance Company filed its Petition for Removal (CM/EMF Doc. 1) on May 4, 2015;

WHEREAS Progressive filed a Motion to Dismiss Denise's Complaint (CM/EMF Doc. 4) on May 11, 2015;

WHEREAS Moises Medina filed his Answer and Crossclaims Against Progressive (CM/ECF Doc. 12) on June 5, 2015;

WHEREAS, Progressive filed Countermotion to Dismiss Moises Medina (CM/EMF Doc. 17) on June 17, 2015;

WHEREAS, Progressive filed a Motion to Dismiss Moises' Crossclaim Against Progressive (CM/EMF Doc. 23) on July 7, 2015;

IT IS HEREBY STIPULATED by and between Denise, Moises, and Progressive, through their respective counsel of record, that the filing of the Discovery Plan and Scheduling Order is extended until fifteen days after the Orders on Progressive's Motions to Dismiss have been entered.

DATED this 9th day of July, 2015

K E A T I N G LAW GROUP

/s/ Ian C. Estrada
JOHN T. KEATING
Nevada Bar No.: 6373
IAN C. ESTRADA
Nevada Bar No.: 12575
9130 West Russell Road, Suite 200
Las Vegas, Nevada  89148
*Attorneys for Defendant/Cross-Defendant Progressive Northern Insurance Co.*

DATED this 9th day of July, 2015

STEPHENS, GOURLEY & BYWATER, P.C.

/s/ David Stephens
DAVID STEPHENS, ESQ.
Nevada Bar No.: 902
3636 North Rancho Drive
Las Vegas, Nevada  89130
*Attorney for Defendant/Crossclaimant Moises Medina*

DATED this 9th day of July, 2015

CHRISTENSEN LAW OFFICES

/s/ Cara Xidis
THOMAS CHRISTENSEN
Nevada Bar No. 2326
CARA XIDIS
Nevada Bar No. 11743
1000 South Valley View Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiff, Denise Medina*

**ORDER**

**IT IS SO ORDERED** this 14th day of July, 2015.

_____
United States Magistrate Judge

Respectfully Submitted by:

K E A T I N G LAW GROUP

/s/ Ian C. Estrada
JOHN T. KEATING
Nevada Bar No.: 6373
IAN C. ESTRADA
Nevada Bar No.: 12575
9130 West Russell Road, Suite 200
Las Vegas, Nevada  89148
*Attorneys for Defendant/Cross-Defendant*
*Progressive Northern Insurance Co.*