DAVID A. STEPHENS, ESQ.
Nevada Bar No. 902
STEPHENS, GOURLEY & BYWATER
3636 N. Rancho Drive
Las Vegas, Nevada  89130
Telephone:  (702) 656-2355
Facsimile:  (702) 656-2776
Email: dstephens@sgblawfirm.com
Attorneys for Defendant Moises Medina

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENISE MEDINA, <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE NORTHERN INSURANCE COMPANY, MOISES MEDINA, DOES I - V, and ROE CORPORATIONS  I - V, inclusive, <br><br> Defendants. <br><br> MOISES MEDINA, <br><br> Crossclaimant, <br><br> vs. <br><br> PROGRESSIVE NORTHERN INSURANCE COMPANY, <br><br> Crossdefendant. | CASE NO: 2:15-cv-00835-KJD-PAL <br><br> ORDER REGARDING STIPULATION FOR EXTENSION TO TIME FOR MOISES MEDINA TO RESPOND TO PROGRESSIVE'S MOTION TO DISMISS CROSSCLAIM OF MOISES MEDINA AGAINST PROGRESSIVE <br> (FIRST REQUEST) |

Pursuant to the stipulation of the Parties;

**IT IS ORDERED** that Moises Medina shall oppose or otherwise respond to the Motion to Dismiss Crossclaim filed by Progressive Northern Insurance Company by August 10, 2015.

Dated: July 28th, 2015.

_____
United States District Judge

Submitted by:
__/s/davidastephens_____
DAVID A. STEPHENS, ESQ.
Nevada Bar No. 902
STEPHENS, GOURLEY & BYWATER
3636 N. Rancho Drive
Las Vegas, Nevada  89130
Attorneys for Defendant Moises Medina