JOHN T. KEATING
Nevada Bar No. 6373
IAN C. ESTRADA
Nevada Bar No. 12575
K E A T I N G LAW GROUP
9130 West Russell Road, Suite 200
Las Vegas, Nevada  89148
jkeating@keatinglg.com
iestrada@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for *Defendant*
*Progressive Northern Insurance Co.*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| DENISE MEDINA,<br><br>    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY, MOISES MEDINA, DOES I-V, and ROE CORPORATIONS I-V, inclusive,<br><br>    Defendants. | Case No.:   2:15-CV-00835-KJD-PAL<br><br>**ORDER FOR EXTENSION OF TIME FOR DEFENDANT PROGRESSIVE NORTHERN INSURANCE COMPANY TO FILE ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

**IT IS HEREBY STIPULATED** by Plaintiff, Denise Medina, by and through her counsel of record, Richard Christensen, Esq. of Christensen Law Offices, and Defendant, Progressive Northern Insurance Company, by and through its counsel of record, John T. Keating, Esq. of Keating Law Group, that Defendant Progressive Northern Insurance Company shall have up to

///

///

1

and until February 29, 2016 to file its Reply in Support of Progressive's Motion for Summary Judgment (CM/EMF Doc. 40).

| DATED this 17th day of February, 2016 | DATED this 17th day of February, 2016 |
| K E A T I N G LAW GROUP | CHRISTENSEN LAW OFFICES |
| | |
| /s/ John T. Keating | /s/ Richard Christensen |
| JOHN T. KEATING | RICHARD CHRISTENSEN |
| Nevada Bar No. 6373 | Nevada Bar No. 13846 |
| 9130 West Russell Road, Suite 200 | 1000 South Valley View Blvd. |
| Las Vegas, Nevada  89148 | Las Vegas, Nevada 89107 |
| Attorneys for Defendant, | Attorneys for Plaintiff, |
| *Progressive Northern Insurance Company* | *Denise Medina* |

### ORDER

**IT IS SO ORDERED** this  19th  day of  February , 2016.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

Respectfully Submitted by:
K E A T I N G LAW GROUP

/s/ John T. Keating
JOHN T. KEATING
Nevada Bar No.: 6373
9130 West Russell Road, Suite 200
Las Vegas, Nevada  89148
Attorneys for *Defendant*
*Progressive Northern Insurance Co.*