UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENISE MEDINA, | Case No. 2:15-cv-00835-KJD-PAL |
| Plaintiff, | ORDER |
| v. | |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, et al., | |
| Defendants. | |

Before the court is the Notice of Settlement (ECF No. 52) advising the court that a settlement had been reached between the parties. The parties state that they will submit a stipulation to dismiss once execution of the settlement is completed. Accordingly,

**IT IS ORDERED** that the parties shall have until **October 21, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 20th day of September, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE