**JOINTLY SUBMITTED**

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

DENISE MEDINA,

                    Plaintiff,

vs.

PROGRESSIVE NORTHERN INSURANCE COMPANY, MOISES MEDINA, DOES I - V, and ROE CORPORATIONS I - V, inclusive,

                    Defendants.

CASE NO: 2:15-cv-00835-KJD-PAL

## ORDER

Plaintiff, DENISE MEDINA, and Defendants PROGRESSIVE NORTHERN INSURANCE COMPANY and MOISES MEDINA (collectively, "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree pursuant to FRCP 41, that this action shall be dismissed with prejudice and without costs or fees to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 7th day of October, 2016          Dated this 7th day of October, 2016

**KEATING LAW GROUP**            **CHRISTENSEN LAW OFFICES, LLC**

*/s/ John  T. Keating*                 */s/ Richard Christensen*
John T. Keating, Esq.                  Richard Christensen, Esq.
Nevada Bar No. 6373                  Nevada Bar No. 13846
Ian C. Estrada, Esq.                    1000 S. Valley View
Nevada Bar No. 12575                Las Vegas, Nevada 89107
9130 West Russell Road, Suite 200      Attorney for Plaintiff
Las Vegas, Nevada  89148             *Denise Medina*
Attorneys for Defendant
*Progressive Northern Insurance Company*

1


CHRISTENSEN LAW
www.injuryhelpnow.com

Dated this 7th day of October, 2016

**STEPHENS, GOURLEY & BYWATER**

 /s/ David A. Stephens
David A. Stephens, Esq.
Nevada Bar No. 0902
3636 N. Rancho Drive
Las Vegas, Nevada 89130
Attorney for Appellee
*Moises Medina*

Submitted by:
/s/ Richard Christensen
Richard Christensen, Esq.
Nevada Bar No. 13846
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View
Las Vegas, Nevada 89107
Attorney for Plaintiff
*Denise Medina*

Dated this 7th day of October, 2016

**DENNETT WINSPEAR, LLP**

 /s/ Ryan L. Dennett
Ryan L. Dennett, Esq.
Nevada Bar No. 5617
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Attorney for Appellee
*Moises Medina*

United States District Judge
KENT J. DAWSON

DATED: November 12, 2016



CHRISTENSEN LAW
www.injuryhelpnow.com